IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GAIL HARRIS,** | 10-CV-184-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

Based on the Court's Opinion and Order (# 13 ) issued February 17, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 17th day of February, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT